IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Frank Coyle, et al. | : | Case No. 3:13-cv-321 |
| Plaintiffs, | : | Judge Walter H. Rice |
| vs. | : | |
| Ohio Valley Medical Center LLC | : | |
| Defendant. | : | |

## ORDER UNSEALING CASE

This Court, upon its own motion, hereby Orders the instant case be unsealed.

December 1, 2023

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**